**File Hashes for IP Address 68.49.10.72**

**ISP:** Comcast Cable
**Physical Location:** La Plata, MD

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 10/23/2013 21:35:39 | 9E2DE912D10E7F324A9DAD124C96CB4329E9C851 | Make Me Feel Beautiful |
| 10/19/2013 02:17:14 | A2B241910AF054A2952F534471357539F786F52A | Leila Last Night |
| 10/19/2013 02:10:18 | DEF8CB75C4D4EC9F98A7E12472F4EC35677E70D6 | Model Couple |
| 10/19/2013 02:07:36 | FC01E74752F043765B3629035E522D503CF8E975 | Anneli Leila Menage A Trois |
| 10/19/2013 00:18:23 | F6E68924813657E60C58B10309D45953D8B8B405 | One Night Stand |
| 10/19/2013 00:13:56 | 9F3BB8FFB46702FBF1716393050782F0AC056575 | Erotic Stretching and Sex |
| 10/18/2013 23:02:59 | 0C6D3DA163F16C5D2011594E22D3E5FCFFF2F119 | Without Words |
| 10/18/2013 23:01:03 | 0D0665535B7AE4DA392C1BE0875F6D1337EF3934 | Blonde Ambition |
| 10/16/2013 01:45:56 | CA28C0287F7AAED4BFAD9DF43EDE78AF23FA3224 | Fashion Models |
| 10/11/2013 20:58:30 | 07F65CAA043EA7CE86F2C3106C0F2B0367F10F26 | Three for the Show |
| 10/11/2013 20:53:33 | 30FD488A62A9EC2D0CA64C382B2A4CCEAEE48CD3 | Bad Girls |
| 10/07/2013 02:27:17 | 1814B177454C751B49FA72FB1B790D4F638B84D8 | Side by Side |
| 10/07/2013 00:40:22 | EDAA86BD163BBDF8A02913FC535C0BC778CE65D4 | In Charge |
| 10/07/2013 00:29:21 | 94BFEB59F3D6E25E825C2D76D6FC5C281165CC1D | The Foursome |
| 10/07/2013 00:14:02 | 01A70609FC4EB0D75E941E194D2DDD3EFAF11236 | What a Girl Wants Part #2 |
| 09/13/2013 02:08:21 | 39BE34F8FBA8FD0BE24FEA6E87467F45140860DC | Raw Passion |
| 09/13/2013 00:46:30 | D24A13AB65C64D4B2168457C7E4B870CC468C753 | Come Inside From the Cold |
| 08/19/2013 01:10:25 | 6B5F2A4C794F6C8873853DC33189B5545DAE2C2D | Introducing Kiki |
| 08/06/2013 23:34:54 | 7BCB2187D649FEA10D210B4FE4B9A1438417C207 | Stay for a While |
| 07/23/2013 19:52:59 | DF0ECFCB0610F7494B164C883F0F4F3D2F51AA12 | Getting Down |
| 07/19/2013 03:13:38 | 23DB6AAA118AA948AD20CA377399247B36141F02 | Lovers Quarrel |
| 07/07/2013 02:46:54 | 6D2969B406B43947528B6A7A2E0E0F7FF04B5DF0 | Wet Dream |

EXHIBIT A

MD134

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/07/2013 02:37:22 | DF55C4415BD1DDB2DAE91139804053B35B33BBA1 | Morning Memories |
| 07/07/2013 02:24:43 | 91AF7A51D429BF0E21F54434ED94EEAB5826238A | Spilled Milk |
| 07/07/2013 02:03:56 | 228C053569D02E030CE1E03173BDB7FAB9054EF6 | Naughty and Nice |
| 07/07/2013 02:01:45 | 4F8BC52BECA98C5E22F7D4EDC1FCA2FC8D06461B | Newlyweds |
| 07/07/2013 01:58:24 | 0FA2BDA6C848491844BD0F03E5E42CE15E76A233 | Inside Perfection |
| 06/19/2013 03:55:41 | 3367FAD493111FE23F9D37BEE898B0BA76296879 | Pretty Back Door Baby |
| 06/16/2013 02:32:53 | 05CEC6761BBBB4F85474CF48732856902A41D330 | Marry Me |
| 06/16/2013 02:26:19 | AAF3399B22D5CCA5A13D65C2B62BE2838BCEBC2C | Simply Stunning |
| 06/16/2013 00:24:35 | 1151031DA3BA91CE5BE7CA1B6175F62669468A85 | The Young and the Restless |
| 06/16/2013 00:20:41 | 8D7287AADD2CF40AB379F0133583412B66722756 | Featherlight |

**Total Statutory Claims Against Defendant: 32**

EXHIBIT A

MD134